UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TOWN OF SAUGUS,
          Plaintiff,

v.

MARYLAND CASUALTY COMPANY and
ZURICH AMERICAN INSURANCE COMPANY,
          Defendant.

CIVIL ACTION NO.
10-11258-MBB

## FINAL JUDGMENT

### AUGUST 2, 2011

**BOWLER, U.S.M.J.**

In accordance with Plaintiff's Motion for Summary Judgment (Docket Entry #13) which was DENIED, and Cross Joint Motion for Summary Judgment filed by Defendant Zurich and Defendant Maryland (Docket Entry #17) which was ALLOWED, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice.

          /s/ Marianne B. Bowler
          MARIANNE B. BOWLER
          United States Magistrate Judge